**Order entered March 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00883-CV

### DFW ADVISORS LTD. CO., Appellant

### V.

### JACQUELINE ERVIN, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-14414**

## ORDER

We **DENY** appellee's March 19, 2015 motion to dismiss for failure to prosecute and **GRANT** appellant's opposed March 26, 2015 motion for extension of time to file brief. We **ORDER** the brief be filed no later than April 13, 2015. We caution appellant that failure to comply may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a), 42.3(b),(c).

/s/     CRAIG STODDART
          JUSTICE